## UNITED STATES of America, Plaintiff–Appellee,

v.

## Dwayne H. JENKINS, a/k/a Do–Wap, Defendant–Appellant.

No. 02–6917.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 24, 2002.

Decided Oct. 8, 2002.

Dwayne H. Jenkins, Appellant Pro Se.

Before WILKINS and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

§ 636(c) (2000).

---

* The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C.

PER CURIAM.

Dwayne H. Jenkins seeks to appeal the district court's order denying his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and the district court's opinion and conclude on the reasoning of the district court that Jenkins has not made a substantial showing of the denial of a constitutional right. *See United States v. Jenkins,* No. CR–93–81 (E.D.Va. Apr. 11, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*